IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARLENE GOODMAN<br>17 Suffolk Down<br>Shoreham, NY 11786 | :<br>:<br>: Case No.<br>: |
| and | : Assigned to: |
| PATRICIA ANN JOHNSON<br>3010 April Lane<br>Houston, TX 77092 | :<br>:<br>: |
| and | : |
| NANCY ANTOINETTE<br>WOLOWICK and<br>JAMES WOLOWICK<br>N90 WI7661 St. Stevens Drive<br>Menomonee Falls, WI 53051 | :<br>:<br>:<br>: |
| Plaintiffs, | : |
| v. | : |
| MERCK SHARP & DOHME CORP.<br>One Merck Drive<br>Whitehouse Station, NJ 08889-100 | :<br>:<br>: |
| and | : |
| NOVARTIS PHARMACEUTICALS<br>CORPORATION<br>One Health Plaza<br>East Hanover, NJ 07936-1080 | :<br>:<br>:<br>: |
| Defendants. | : |

**DEFENDANT MERCK SHARP & DOHME CORP.'S LOCAL RULE 7.1
DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTERESTS**

Defendant, Merck Sharp & Dohme Corp., by and through its undersigned attorney submits this Certificate required by Local Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, and states as follows:

I, the undersigned, counsel of record for Merck Sharp & Dohme Corp. ("Merck"), certify to the best of my knowledge and belief, that Merck is a wholly owned subsidiary of the entity formerly known as Schering Plough Corporation, which has been renamed Merck & Co., Inc.

These representations are made in order that judges of this Court may determine the need for recusal.

DATED:      May 23, 2011                    Respectfully submitted,

                                            _____
                                            Dino S. Sangiamo (D.C. Bar No. 435681)
                                            Christina L. Gaarder (Bar No. MD24189)
                                            Venable LLP
                                            750 E. Pratt Street
                                            Suite 900
                                            Baltimore, Maryland 21202
                                            (410) 244-7400
                                            (410) 244-7742 (fax)
                                            dssangiamo@venable.com
                                            clgaarder@venable.com

                                            *Attorneys for Defendant Merck Sharp & Dohme Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of May, 2011, a copy of Defendant Merck Sharp & Dohme Corp.'s Local Rule 7.1 Disclosure of Corporate Affiliations and Financial Interests was sent by mail, first-class, postage prepaid, to:

Aaron M. Levine
Benjamin J. Cooper
**AARON M. LEVINE & ASSOCIATES**
1320 19th Street, N.W.
Suite 500
Washington, D.C. 20036
Telephone: (202) 833-8040
Facsimile: (202) 833-8046
aaronlevinelaw@aol.com

*Counsel for Plaintiffs*

Dana Alan Gausepohl
Stephen A. Klein
**HOLLINGSWORTH LLP**
1350 I Street N.W.
Washington, D.C. 20005

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

_____
Dino S. Sangiamo